IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY MADDOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-515-WKW ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Second Motion for Extension of Time to File Brief* (Doc. #19, filed December 20, 2007), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief on or before January 25, 2008.

Done this 20th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE