IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY MADDOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:07-CV-515-WKW |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 29), and upon an independent review of the file, it is ORDERED that the Recommendation is adopted and that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. # 26) is GRANTED in the amount of $3,750.00.

DONE this 19th day of May 2009.

                                        /s/   W. Keith  Watkins
                                      UNITED STATES DISTRICT JUDGE